```
 1  IRELL & MANELLA LLP
    Morgan Chu (70446)
 2  Richard M. Birnholz (151543)
    Laura W. Brill (195889)
 3  Alan J. Heinrich (212782)
    1800 Avenue of the Stars, Suite 900
 4  Los Angeles, California 90067-4276
    Telephone: (310) 277-1010
 5  Facsimile: (310) 203-7199

 6  Attorneys for Defendant
    IMMERSION CORPORATION
 7
```

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

| | |
|---|---|
| 11  INTERNET SERVICES, LLC, a California Limited Liability Company, | Case No. 4:06-CV-02009-CW |
| 12 | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| 13              Plaintiff-Counterclaim Defendant, | |
| 14       v. | CTRM: Hon. Claudia Wilken |
| 15  IMMERSION CORPORATION, a Delaware corporation, | |
| 16 | |
| 17              Defendant-Counterclaim Plaintiff. | |

19       Pursuant to Civil L.R. 16-8 and ADR L.R. 3-5, attached hereto is the Stipulation and

20  Proposed Order Selecting ADR Process.

21  Dated: August 3, 2006                    Respectfully submitted,

22                                           IRELL & MANELLA LLP

24                                           By:  /s/ Richard M. Birnholz
                                                  Richard M. Birnholz
25                                                Attorneys for Defendant
                                                  IMMERSION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Internet Services, LLC,

CASE NO. 4:06-CV-02009-CW

Plaintiff(s),

v.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Immersion Corporation,

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)   (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓   Private ADR *(please identify process and provider)*  JAMS (or other provider to be mutually agreed upon)

The parties agree to hold the ADR session by:
✓   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

other requested deadline _____

Dated: August 3, 2006

Matthias A. Kamber
Attorney for Plaintiff  Internet Services, LLC

Dated: August 3, 2006

Richard M. Birnholz
Attorney for Defendant  Immersion Corporation

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
✓    Private ADR

Deadline for ADR session
✓    90 days from the date of this order.
    other

IT IS SO ORDERED.

Dated: 8/10/06

_____
UNITED STATES DISTRICT JUDGE