1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET SERVICES, LLC, a California Limited Liability Company<br><br>                Plaintiff-Counterclaim<br>                      Defendant,<br><br>   v.<br><br>IMMERSION CORPORATION, a Delaware corporation<br><br>              Defendant-Counterclaim<br>                    Plaintiff. | Case No. 4:06-CV-02009-CW<br><br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER STAYING ACTION PENDING**<br>**RELATED APPEAL**<br> AS MODIFIED<br><br>**Judge: Hon. Claudia Wilken** |

18
19
20
21
22
23
24
25
26
27
28

1    Plaintiff/Counterclaim Defendant Internet Services LLC ("ISLLC") and

2    Defendant/Counterclaim Plaintiff Immersion Corporation ("Immersion"), by and through their

3    counsel of record, hereby respectfully submit this joint stipulation requesting that the Court stay

4    this litigation pending the disposition of ISLLC's appeal to the United States Court of Appeals

5    for the Federal Circuit in Appeal No. 2005-1358 (ISLLC's "Federal Circuit Appeal") in a related

6    case.  Good cause exists for this request for the reasons set forth herein.  The parties submit this

7    stipulation and proposed order in lieu of a Joint Case Management Statement with respect to the

8    Case Management Conference currently scheduled for September 8, 2006.

9                                    **PROCEDURAL BACKGROUND**

10        1.        ISLLC instituted this action on or about February 8, 2006, in the Superior Court

11   for the State of California, County of Santa Clara.  On March 15, 2006, Immersion removed the

12   action to this Court.  The Court denied ISLLC's motion to remand to state court in an Order

13   dated July 10, 2006 [Docket No. 28].

14        2.        On March 30, 2006, this Court found that the instant action is related to the case

15   entitled *Immersion Corporation v. Sony Computer Entertainment America, Inc. et al.*, Case No.

16   C 02-0710 CW (the "Immersion-Sony Lawsuit"), which involved Immersion's claims of patent

17   infringement against the Sony defendants under Immersion's U.S. Patent Nos. 6,275,213 (the

18   "'213 patent") and 6,424,333 (the "'333 patent").

19        3.        In the Immersion-Sony Lawsuit, following the trial on Immersion's claims against

20   Sony, ISLLC asserted claims for patent infringement under Immersion's '213 and '333 patents

21   against the Sony defendants.  ISLLC also asserted claims for declaratory judgment, breach of

22   contract and other claims against Immersion.

23        4.        In Orders dated December 29, 2004, and March 24, 2005, this Court dismissed

24   ISLLC's claims against the Sony defendants and Immersion in the Immersion-Sony Lawsuit.

25   On April 18, 2005, ISLLC appealed this Court's Orders of December 29, 2004 and March 24,

26   2005 to the United States Court of Appeals for the Federal Circuit.  ISLLC's appeal has been

27   docketed as Federal Circuit Appeal No. 05-1358.  The appeal is fully briefed and is set for

28

1 | hearing on October 3, 2006.

2 | **STIPULATION**

3 |     WHEREAS, plaintiff Internet Services LLC (ISLLC) and defendant Immersion Corp. are

4 | also parties to an appeal pending before the United States Court of Appeals for the Federal

5 | Circuit, captioned *Immersion Corp v. Sony Computer Entertainment America, Inc.*, No. 2005-

6 | 1358; and

7 |     WHEREAS, the scope of ISLLC's rights (if any) to the '213 and '333 patents is at issue in

8 | both this case and in ISLLC's Federal Circuit Appeal;

9 |     WHEREAS, given the overlapping issues in the two proceedings, the parties believe that

10 | the resolution of ISLLC's Federal Circuit Appeal may settle material issues in dispute before this

11 | Court; and

12 |     WHEREAS, the parties jointly desire to avoid further expenditure of the Court's

13 | resources or their own resources on this litigation pending completion of the agreed-upon

14 | mediation;

15 |     NOW THEREFORE, the parties hereby stipulate, and jointly request, that this action be

16 | stayed in its entirety until the issuance of a decision by the Federal Circuit, and that any  pending

17 | dates in the case be vacated.

18 |     SO STIPULATED.

19 |

20 | Dated:  August 31, 2006          KEKER & VAN NEST, LLP

21 |

22 |               By:         /s/

22 |               DARALYN J. DURIE

22 |               MARK A LEMLEY

23 |               MATTHIAS A. KAMBER

23 |               Attorneys for Internet Services LLC

24 | Dated:  August 31, 2006          IRELL & MANELLA LLP

25 |

26 |               By:         /s/

26 |               MORGAN CHU

27 |               RICHARD M. BIRNHOLZ

27 |               ALAN J. HEINRICH

27 |               Attorneys for Immersion Corp.

28 |

379716.01 | STIPULATION AND [PROPOSED] ORDER STAYING ACTION PENDING RELATED APPEAL

1    ~~PROPOSED~~ ORDER

2

3   PURSUANT TO STIPULATION, IT IS SO ORDERED.

4        The Initial Case Management Conference set for September 8, 2006, is ~~taken off calendar~~

5   ~~subject to further order of the Court.~~   continued to December 8, 2006, at 1:30 p.m.

6

7             9/5/06

8        Date: _____            _____

9                                          Honorable Claudia Wilken

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

379716.01

STIPULATION AND [PROPOSED] ORDER STAYING ACTION PENDING RELATED APPEAL