1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET SERVICES, LLC, a California Limited Liability Company<br><br>                    Plaintiff-Counterclaim<br>                                    Defendant,<br><br>        v.<br><br>IMMERSION CORPORATION, a Delaware corporation<br><br>                    Defendant-Counterclaim<br>                                    Plaintiff. | Case No. 4:06-CV-02009-CW<br><br><br>**STIPULATION AND ORDER STAYING ACTION PENDING RELATED APPEAL AND MEDIATION**<br><br><br>**Judge: Hon. Claudia Wilken** |

1

384982.03

1    Plaintiff/Counterclaim Defendant Internet Services LLC ("ISLLC") and

2  Defendant/Counterclaim Plaintiff Immersion Corporation ("Immersion"), by and through their

3  counsel of record, hereby respectfully submit this joint stipulation requesting that the Court stay

4  this litigation pending both the disposition of ISLLC's related appeal to the United States Court

5  of Appeals for the Federal Circuit in Appeal No. 2005-1358 (ISLLC's "Federal Circuit Appeal")

6  and mediation scheduled for March 12, 2007.  Good cause exists for this request for the reasons

7  set forth herein.  The parties submit this stipulation and proposed order in lieu of a Joint Case

8  Management Statement with respect to the Initial Case Management Conference scheduled for

9  December 8, 2006.

10                              **PROCEDURAL BACKGROUND**

11    1.    ISLLC instituted this action on or about February 8, 2006, in the Superior Court

12  for the State of California, County of Santa Clara.  On March 15, 2006, Immersion removed the

13  action to this Court.  The Court denied ISLLC's motion to remand to state court in an Order

14  dated July 10, 2006 [Docket No. 28].

15    2.    On March 30, 2006, this Court found that the instant action is related to the case

16  entitled *Immersion Corporation v. Sony Computer Entertainment America, Inc. et al.*, Case No.

17  C 02-0710 CW (the "Immersion-Sony Lawsuit"), which involved Immersion's claims of patent

18  infringement against the Sony defendants under Immersion's U.S. Patent Nos. 6,275,213 (the

19  "'213 patent") and 6,424,333 (the "'333 patent").

20    3.    In the Immersion-Sony Lawsuit, following the trial on Immersion's claims against

21  Sony, ISLLC asserted claims for patent infringement under Immersion's '213 and '333 patents

22  against the Sony defendants.  ISLLC also asserted claims for declaratory judgment, breach of

23  contract and other claims against Immersion.

24    4.    In Orders dated December 29, 2004, and March 24, 2005, this Court dismissed

25  ISLLC's claims against the Sony defendants and Immersion in the Immersion-Sony Lawsuit for

26  lack of standing.  On April 18, 2005, ISLLC appealed this Court's Orders of December 29, 2004

27  and March 24, 2005 to the United States Court of Appeals for the Federal Circuit.  ISLLC's

28

2

384982.03

1    appeal has been docketed as Federal Circuit Appeal No. 05-1358.  The Federal Circuit heard oral

2    argument in the appeal on October 3, 2006, and a decision is pending.

3        5.    On August 31, 2006, the parties filed a Stipulation and [Proposed] Order Staying

4    Action Pending Appeal  [Docket No. 32].  The Court issued a modified Order on September 5,

5    2006, which continued the Initial Case Management Conference set for September 8, 2006, to

6    December 8, 2006  [Docket No. 33].

7        6.    The parties had scheduled a mediation with Judge Daniel Weinstein (Ret.) for

8    December 5, 2006.  Due to an intervening scheduling conflict, and due to conflicting schedules

9    in January and February, the parties have rescheduled the mediation for March 12, 2007.

10

11                                          **STIPULATION**

12        WHEREAS, plaintiff Internet Services LLC (ISLLC) and defendant Immersion Corp. are

13    also parties to an appeal pending before the United States Court of Appeals for the Federal

14    Circuit, captioned *Immersion Corp v. Sony Computer Entertainment America, Inc.*, No. 2005-

15    1358; and

16        WHEREAS, the scope of ISLLC's rights (if any) to the '213 and '333 patents is at issue in

17    both this case and in ISLLC's Federal Circuit Appeal;

18        WHEREAS, given the overlapping nature of the two proceedings, the parties believe that

19    the resolution of ISLLC's Federal Circuit Appeal may settle material issues in dispute before this

20    Court; and

21        WHEREAS, the parties jointly desire to avoid further expenditure of the Court's

22    resources or their own resources on this litigation pending completion of the agreed-upon

23    mediation;

24        NOW THEREFORE, the parties hereby stipulate, and jointly request, that this action be

25    stayed in its entirety until the issuance of a decision by the Federal Circuit and the parties have

26    an opportunity to conduct mediation, and that the Initial Case Management Conference be

27    continued until at least April 13, 2007.

28

384982.03

1      SO STIPULATED.

2

3      Dated:  December 1, 2006                    KEKER & VAN NEST, LLP

4                                          By:  _____/s/_____

5                                                DARALYN J. DURIE
                                                 MARK A LEMLEY
                                                 MATTHIAS A. KAMBER
6                                                Attorneys for Internet Services LLC
       Dated:  December 1, 2006                  IRELL & MANELLA LLP
7

8                                          By:  _____/s/_____

9                                                MORGAN CHU
                                                 RICHARD M. BIRNHOLZ
10                                               ALAN J. HEINRICH
                                                 Attorneys for Immersion Corp.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          4

384982.03

1

**ORDER**

2

3
PURSUANT TO STIPULATION, IT IS SO ORDERED.

4
     The Initial Case Management Conference set for December 8, 2006, is continued to April

5
13, 2007, or such other date and time as may be convenient for the Court.

6

7
           12/5/06                      /s/ CLAUDIA WILKEN

     Date: _____     _____

8
                                          Honorable Claudia Wilken

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

384982.03
STIPULATION AND [PROPOSED] ORDER STAYING ACTION
PENDING RELATED APPEAL AND MEDIATION