1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  MARK A. LEMLEY - #155830
   MATTHIAS A. KAMBER - #232147
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Plaintiff and Counterclaim-Defendant
6  INTERNET SERVICES LLC

7

   IRELL & MANELLA LLP
8  MORGAN CHU - #70446
   RICHARD M. BIRNHOLZ - #151543
9  ALAN J. HEINRICH - #212782
   1800 Avenue of the Stars, Suite 900
10 Los Angeles, CA  90067-4276
   Telephone:  (310) 277-1010
11 Facsimile:  (310) 203-7199

12 Attorneys for Defendant and Counterclaim-Plaintiff
   IMMERSION CORPORATION
13

14

15                       UNITED STATES DISTRICT COURT

16                       NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| INTERNET SERVICES, LLC, a California Limited Liability Company,<br><br>         Plaintiff-Counterclaim Defendant,<br><br>    v.<br><br>IMMERSION CORPORATION, a Delaware corporation<br><br>         Defendant-Counterclaim Plaintiff. | **Case No. 4:06-CV-02009-CW**<br><br>**STIPULATION AND ORDER MODIFYING CASE MANAGEMENT ORDER**<br><br>Judge:    Hon. Claudia Wilken |

1   Pursuant to Northern District Local Rules 6-2 and 7-12, the parties to this action,
2   Plaintiff/Counterclaim Defendant Internet Services LLC ("ISLLC") and Defendant/Counterclaim
3   Plaintiff Immersion Corporation ("Immersion"), by and through their counsel of record, hereby
4   respectfully submit this joint stipulation requesting that the Court modify its May 3, 2007
5   Scheduling Order.

## REASONS FOR REQUESTED SCHEDULE MODIFICATION

7   1.   The parties respectfully request that the deadline for completing fact depositions
8   be extended as set forth below.  Thus far, Immersion has noticed five fact depositions, while
9   ISLLC has noticed eight.  Many witnesses identified to date are third parties.  The parties are
10  encountering difficulties scheduling depositions at mutually convenient times between now and
11  the scheduled close of fact discovery on December 21, 2007.

12  2.   The parties believe it would promote litigation and judicial efficiency to extend
13  the deadline for fact depositions in light of the number of third party depositions and the
14  scheduling issues mentioned above, as well as allowing the parties to develop factual testimony
15  regarding the pending issues.

## PREVIOUS TIME MODIFICATIONS

17  3.   On August 31, 2006, the parties filed a Stipulation and [Proposed] Order Staying
18  Action Pending Appeal  [Docket No. 32].  The Court issued a modified Order on September 5,
19  2006, which continued the Initial Case Management Conference set for September 8, 2006, to
20  December 8, 2006  [Docket No. 33].

21  4.   On December 1, 2006, the parties filed a second Stipulation and [Proposed] Order
22  Staying Action Pending Appeal  [Docket No. 34].  The Court issued a related Order on
23  December 5, 2006, which continued the Initial Case Management Conference set for December
24  8, 2006, to April 13, 2007  [Docket No. 35].

25  5.   On April 5, 2007, the parties filed a Stipulation and [Proposed] Order Continuing
26  and Resetting Initial Case Management Conference [Docket No. 36].  The Court issued a related
27  Order on April 9, 2007, which continued the Initial Case Management Conference set for April
28  13, 2007 to May 1, 2007  [Docket No. 37].

**EFFECT OF TIME MODIFICATION ON SCHEDULE**

6. The extension of these deadlines would not affect other dates set forth in the Court's Scheduling Order, dated May 3, 2007.

\* \* \*

THEREFORE, in light of the foregoing, the parties stipulate and agree that:

- The parties shall have until January 31, 2008, to conduct depositions of fact witnesses.
- All written fact discovery shall be completed by the Court's originally scheduled December 21, 2007 deadline.
- The Court's May 3, 2007 Scheduling Order shall otherwise remain unchanged.

SO STIPULATED:

Respectfully submitted,

Dated: December 7, 2007            KEKER & VAN NEST, LLP

By: /s/ Matthias A. Kamber
MATTHIAS A. KAMBER
Attorneys for Plaintiff INTERNET SERVICES, LLC

Respectfully submitted,

Dated: December 7, 2007            IRELL & MANELLA, LLP

By: /s/ Richard M. Birnholz
RICHARD M. BIRNHOLZ
Attorneys for Defendant IMMERSION CORP.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  12/11/07

The Hon. Claudia Wilken
United States District Court Judge