1  IRELL & MANELLA LLP
   Morgan Chu (70446)
2  Richard M. Birnholz (151543)
   Alan J. Heinrich (212782)
3  Josh B. Gordon (244818)
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone: (310) 277-1010
5  Facsimile: (310) 203-7199

6  Attorneys for IMMERSION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTERNET SERVICES, LLC, a California Limited Liability Company,<br><br>  Plaintiff-Counterclaim Defendant,<br><br>vs.<br><br>IMMERSION CORPORATION, a Delaware corporation<br><br>  Defendant-Counterclaim Plaintiff. | Case No. 4:06-CV-02009-CW<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT ORDER**<br><br>Judge: Hon. Claudia Wilken |

Pursuant to Northern District Local Rules 6-2 and 7-12, the parties to this action, Plaintiff/ Counterclaim Defendant Internet Services LLC ("ISLLC") and Defendant/Counterclaim Plaintiff Immersion Corporation ("Immersion"), by and through their counsel of record, hereby respectfully submit this joint stipulation requesting that the Court modify its May 3, 2007 Scheduling Order, as subsequently modified on December 11, 2007.

**REASONS FOR REQUESTED SCHEDULE MODIFICATION**

1. The parties respectfully request that the deadlines for serving and filing fact discovery motions and for completing fact depositions be extended as set forth below. Since the Court modified the Scheduling Order on December 11, thereby extending the date by which fact depositions must be conducted to January 31, 2008, the parties have continued to encounter difficulties scheduling depositions at mutually convenient times.

2. In addition, ISLLC has recently had dealings with a third party regarding a sale of ISLLC. These and other developments have left unclear counsel for ISLLC's role in the litigation and ISLLC's own position in advancing the case.

3. To allow the parties an opportunity to address recent developments and time for a dialogue between the parties regarding the prospects for resolving the litigation, the parties believe it would promote litigation and judicial efficiency to extend the deadline for fact depositions and discovery motions.

**PREVIOUS TIME MODIFICATIONS**

4. On August 31, 2006, the parties filed a Stipulation and [Proposed] Order Staying Action Pending Appeal [Docket No. 32]. The Court issued a modified Order on September 5, 2006, which continued the Initial Case Management Conference set for September 8, 2006, to December 8, 2006 [Docket No. 33].

5. On December 1, 2006, the parties filed a second Stipulation and [Proposed] Order Staying Action Pending Appeal [Docket No. 34]. The Court issued a related Order on December 5, 2006, which continued the Initial Case Management Conference set for December 8, 2006, to April 13, 2007 [Docket No. 35].

| | |
|---|---|
| 1 | 6. On April 5, 2007, the parties filed a Stipulation and [Proposed] Order Continuing |
| 2 | and Resetting Initial Case Management Conference [Docket No. 36]. The Court issued a related |
| 3 | Order on April 9, 2007, which continued the Initial Case Management Conference set for April |
| 4 | 13, 2007 to May 1, 2007 [Docket No. 37]. |
| 5 | 7. On December 7, 2007, the parties filed a Stipulation and [Proposed] Order |
| 6 | Modifying Case Management Order. The Court issued a related Order on December 11, 2007, |
| 7 | which set January 31, 2008 as the date by which depositions of fact witnesses would be |
| 8 | completed. |

**EFFECT OF TIME MODIFICATION ON SCHEDULE**

8. The extension of these deadlines would not affect other dates set forth in the Court's Scheduling Order, dated May 3, 2007.

\* \* \*

THEREFORE, in light of the foregoing, the parties stipulate and agree that:

- The parties shall have until February 20, 2008, to conduct depositions of fact witnesses.
- All fact discovery motions shall be served and filed by February 28, 2008.
- The Court's May 3, 2007 Scheduling Order shall otherwise remain unchanged, but this stipulation is without prejudice to either party seeking, or opposing, a further modification of case management dates in light of the ongoing developments in this matter.

SO STIPULATED:

Respectfully submitted,

Dated: January 21, 2008      KEKER & VAN NEST, LLP

By: */s/ Matthias A. Kamber*
MATTHIAS A. KAMBER
Attorneys for INTERNET SERVICES, LLC

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: January 21, 2008 | IRELL & MANELLA, LLP |
| 3 | | By: */s/ Richard M. Birnholz* |
| 4 | | RICHARD M. BIRNHOLZ<br>Attorneys for IMMERSION CORP. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/23/08

The Hon. Claudia Wilken
United States District Court Judge