KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
MARK A. LEMLEY - #155830
MATTHIAS A. KAMBER - #232147
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counterclaim-Defendant
INTERNET SERVICES LLC


IRELL & MANELLA LLP
MORGAN CHU - #70446
RICHARD M. BIRNHOLZ - #151543
ALAN J. HEINRICH - #212782
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendant and Counterclaim-Plaintiff
IMMERSION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET SERVICES, LLC, a California Limited Liability Company<br>Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation<br>Defendant-Counterclaim Plaintiff. | Case No. 4:06-CV-02009-CW (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE RE IMMERSION'S MOTION TO COMPEL**<br><br>**Judge: Hon. Claudia Wilken**<br>**Mag. Judge: Hon. Elizabeth D. LaPorte** |

Pursuant to Northern District Local Rules 6-2 and 7-12, the parties to this action, Plaintiff/Counterclaim Defendant Internet Services LLC ("ISLLC") and Defendant/Counterclaim Plaintiff Immersion Corporation ("Immersion"), by and through their counsel of record, hereby respectfully submit this stipulation with regard to the briefing schedule set in the Court's February 27, 2008 Order Re Discovery Procedures and Setting Motion Hearing.

## REASONS FOR REQUESTED SCHEDULE MODIFICATION

1. On February 27, 2008, the Court issued its Order Re Discovery Procedures and Setting Motion Hearing [Docket No. 63]. That Order sets March 11, 2008, as the date by which ISLLC must file its brief in opposition to Immersion's Motion to Compel Production of Documents and Testimony [Docket No. 56]. Further, the Order sets March 18, 2008, as the date by which Immersion must file its related reply brief.

2. ISLLC has requested that the due date for its opposition brief be extended by one week to accommodate the vacation schedule of ISLLC's counsel handling the briefing. Immersion's counsel agreed to afford ISLLC this professional courtesy to extend briefing, subject to the approval of the Court and provided that the hearing date would not be continued and the time for Immersion's reply brief would not be compromised. ISLLC has prepared this stipulation to formalize this request that the deadline for ISLLC's opposition brief and Immersion's reply brief be modified by one week such that ISLLC's opposition brief is due March 18, 2008, and Immersion's reply brief is due March 25, 2008.

## PREVIOUS TIME MODIFICATIONS

The following time modifications relate to the Court's May 3, 2007 Scheduling Order, and do not relate specifically to the discovery motion pending before the Court:

3. On August 31, 2006, the parties filed a Stipulation and [Proposed] Order Staying Action Pending Appeal [Docket No. 32]. The Court issued a modified Order on September 5, 2006, which continued the Initial Case Management Conference set for September 8, 2006, to December 8, 2006 [Docket No. 33].

4. On December 1, 2006, the parties filed a second Stipulation and [Proposed] Order Staying Action Pending Appeal [Docket No. 34]. The Court issued a related Order on December 5, 2006, which continued the Initial Case Management Conference set for December 8, 2006, to April 13, 2007 [Docket No. 35].

5. On April 5, 2007, the parties filed a Stipulation and [Proposed] Order Continuing and Resetting Initial Case Management Conference [Docket No. 36]. The Court issued a related Order on April 9, 2007, which continued the Initial Case Management Conference set for April 13, 2007 to May 1, 2007 [Docket No. 37].

6. On December 7, 2007, the parties filed a Stipulation and [Proposed] Order Modifying Case Management Order. The Court issued a related Order on December 11, 2007, which set January 31, 2008 as the date by which depositions of fact witnesses would be completed.

7. On January 21, 2008, the parties filed a Stipulation and [Proposed] Order Modifying Case Management Order [Docket No. 53]. The Court issued a related Order on January 21, 2008, which set February 20, 2008 as the date by which depositions of fact witnesses would be completed [Docket No. 54].

8. On February 20, 2008, ISLLC filed a Motion to Extend Pending Deadlines by 90 Days for various reasons, including matters concerning ISLLC's stated desire to substitute counsel [Docket No. 58]. Immersion opposed that motion on February 25, 2008 [Docket No. 61]. The Court has not yet ruled on the motion.

**EFFECT OF TIME MODIFICATION ON SCHEDULE**

9. This stipulated extension would modify only the briefing deadlines set forth in the Court's February 27, 2008 Order Re Discovery Procedures and Setting Motion Hearing; it does not impact the April 1, 2008 hearing date. Further, the extension of these deadlines would not affect other dates set forth in the Court's Scheduling Order, dated May 3, 2007, as subsequently modified (*see* ¶¶ 3-7).

THEREFORE, in light of the foregoing, the parties stipulate and agree that:

- ISLLC shall have until March 18, 2008, to file its brief in opposition to Immersion's Motion to Compel Production of Documents and Testimony.
- Immersion shall have until March 25, 2008, to file its brief in reply to ISLLC's opposition to Immersion's Motion to Compel Production of Documents and Testimony.
- The Court's February 27, 2008 Order Re Discovery Procedures and Setting Motion Hearing shall otherwise remain unchanged.

SO STIPULATED:

Dated: March 10, 2008

Respectfully submitted,

KEKER & VAN NEST, LLP

By: /s/ Matthias A. Kamber
MATTHIAS A. KAMBER
Attorneys for Plaintiff INTERNET SERVICES, LLC

Dated: March 10, 2008

Respectfully submitted,

IRELL & MANELLA, LLP

By: /s/ Richard M. Birnholz
RICHARD M. BIRNHOLZ
Attorneys for Defendant IMMERSION CORP.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 10, 2008

_____
The Hon. Elizabeth D. Laporte
United States Magistrate Judge