| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | MARK A. LEMLEY - #155830 |
| | MATTHIAS A. KAMBER - #232147 |
| 3 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 4 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | INTERNET SERVICES LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| INTERNET SERVICES, LLC, a California Limited Liability Company<br><br>           Plaintiff-Counterclaim Defendant,<br><br>    v.<br><br>IMMERSION CORPORATION, a Delaware corporation<br><br>           Defendant-Counterclaim Plaintiff. | **Case No. 4:06-CV-02009-CW (EDL)**<br><br>[~~PROPOSED~~] **ORDER GRANTING IMMERSION CORPORATION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:    April 1, 2008<br>Time:   9:00 a.m.<br>Judge:  Hon. Elizabeth D. LaPorte |
|---|---|

1  This matter came before the Court on April 1, 2008, upon Immersion Corporation's
2  Motion to Compel Production of Documents and Testimony from Plaintiff Internet Services,
3  LLC ("ISLLC").  Pursuant to the Court's April 4, 2008 Order, and after considering the motion
4  and all papers filed in support thereof, the opposition and all papers filed in support thereof, the
5  arguments of the parties, and all other pertinent materials, and good cause appearing therefore,
6  IT IS HEREBY ORDERED that:

- ISLLC must produce all correspondence between ISLLC and the Adult Entertainment Broadcast Network ("AEBN"), and all other documents relating to any transaction between ISLLC and AEBN or its affiliates.

Dated: April 14, 2008

IT IS SO ORDERED
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

415182.01

1
[PROPOSED] ORDER GRANTING IMMERSION'S MOTION TO COMPEL DOCUMENTS
CASE NO. 4:06-CV-02009-CW (EDL)