IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET SERVICES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION,<br><br>    Defendant.<br>_____/ | No. C-06-02009 (EDL)<br><br>**ORDER TEMPORARILY STAYING**<br>**DEPOSITION OF LAYNE BRITTON** |

This Court previously ordered Internet Services LLC ("ISLLC") to produce Mr. Layne Britton for deposition. However, that order was stayed pending the parties' briefing on the issue of whether Keker & Van Nest LLP ("Keker") should be required to defend Mr. Britton's deposition while its motion to withdraw as counsel is pending. The Court is reluctant to reward what appears to be uncooperative and dilatory behavior which may be on the part of Mr. Britton. However, the Court finds that Keker should not be required to defend Mr. Britton's deposition in light of the conflict of interest involved. Mr. Britton's deposition need not go forward while Keker's motion to withdraw as counsel is pending. Mr. Britton, however, shall promptly appear for a deposition after the District Court rules upon the withdrawal motion. If Immersion is prejudiced by the delay of this deposition, it may seek appropriate curative relief before this Court.

**IT IS SO ORDERED.**

Dated: April 15, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge