IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET SERVICES, LLC, a California Limited Liability Company,<br><br>      Plaintiff,<br><br>  v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>      Defendant.<br>_____/ | No. C 06-2009 CW<br><br>ORDER RE: KEKER & VAN NEST LLP'S MOTION TO WITHDRAW AS COUNSEL FOR INTERNET SERVICES, LLC |

    Keker & Van Nest LLP (KVN) has filed a motion to withdraw as counsel to Plaintiff Internet Services, LLC (ISLLC). Because Plaintiff's opposition to Defendant's motion for summary judgment is due on April 24, 2008 and the motion will be heard on May 15, 2008, the Court is not inclined to allow KVN to withdraw prior to resolution of that motion unless there are other facts, not presently known to the Court, that would require KVN to withdraw. In its motion, KVN alludes to additional information to support its motion to withdraw which it offers to submit in camera. KVN shall submit any such information along with its reply in support of its

motion to withdraw.  KVN may submit any such information under seal for the Court to review <u>in camera</u> and shall also serve it on its client ISLLC.

IT IS SO ORDERED.

Dated: 4/16/08

CLAUDIA WILKEN
United States District Judge