1  IRELL & MANELLA LLP
   Morgan Chu (70446)
2  Richard M. Birnholz (151543)
   Alan J. Heinrich (212782)
3  Josh B. Gordon (244818)
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone:  (310) 277-1010
5  Facsimile:   (310) 203-7199

6  Attorneys for IMMERSION CORPORATION

7

   KEKER & VAN NEST, LLP
8  Daralyn J. Durie (169825)
   Mark A. Lemley (155830)
9  Matthias A. Kamber (232147)
   710 Sansome Street
10 San Francisco, CA  94111-1704
   Telephone: (415) 391-5400
11 Facsimile: (415) 397-7188

12 Attorneys for INTERNET SERVICES LLC

13                         UNITED STATES DISTRICT COURT

14                         NORTHERN DISTRICT OF CALIFORNIA

15                                    OAKLAND DIVISION

16

| | |
|---|---|
| INTERNET SERVICES, LLC, a California Limited Liability Company,<br><br>      Plaintiff-Counterclaim Defendant,<br><br>  vs.<br><br>IMMERSION CORPORATION, a Delaware corporation<br><br>      Defendant-Counterclaim Plaintiff.<br><br>AND RELATED COUNTERCLAIMS | Case No. 4:06-CV-02009-CW (EDL)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE RE IMMERSION'S REPLY MEMORANDUM IN SUPPORT OF IMMERSION'S MOTION FOR SUMMARY JUDGMENT**<br>   **AS MODIFIED**<br><br>Judge: Hon. Claudia Wilken<br>Mag. Judge: Hon. Elizabeth D. Laporte |

---

JOINT STIPULATION MODIFYING BRIEFING SCHEDULE
1862591                          (Case No. 4:06-CV-02009-CW (EDL))

Pursuant to Northern District Local Rules 6-2 and 7-12, the parties to this action, Plaintiff/Counterclaim Defendant Internet Services LLC ("ISLLC") and Defendant/Counterclaim Plaintiff Immersion Corporation ("Immersion"), by and through their counsel of record, hereby respectfully submit this joint stipulation requesting that the Court modify the briefing schedule regarding Immersion's Reply Memorandum (the "Reply") in Support of Immersion's Motion for Summary Judgment on ISLLC's Claims for Breach of Contract, Promissory Fraud and Constructive Trust (Unjust Enrichment) ("Immersion's Motion for Summary Judgment").

**REASONS FOR REQUESTED SCHEDULE MODIFICATION**

1. Immersion filed its Motion for Summary Judgment on April 10, 2008. ISLLC filed its Opposition on April 24, 2008. Immersion noticed its Motion for Summary Judgment for Thursday, May 15, 2008. Under Local Rule 7-3(c), therefore, Immersion's Reply would ordinarily be due May 1, 2008.

2. As a result of a number of other conflicting obligations for counsel this week, counsel for Immersion requested that ISLLC agree to a three-day extension of time for Immersion to file its Reply. ISLLC agreed to Immersion's requested three-day extension, so that Immersion's Reply would be due on Monday, May 5, 2008.

**3.** The parties respectfully request that the deadline for Immersion's Reply be extended to Monday, May 5, 2008.

**PREVIOUS TIME MODIFICATIONS**

4. Previous time modifications are described in detail in Docket No. 65.

**EFFECT OF TIME MODIFICATION ON SCHEDULE**

5. This stipulated extension would modify only the deadline for Immersion's Reply. The extension of this one deadline would not affect other dates set forth in the Court's Scheduling Order, dated May 3, 2007, as subsequently modified.

THEREFORE, in light of the foregoing, the parties stipulate and agree that:

- Immersion shall have until Monday, May 5, 2008 to file its Reply Memorandum in Support of Immersion's Motion for Summary Judgment on ISLLC's Claims for Breach of Contract, Promissory Fraud and Constructive Trust (Unjust Enrichment).

- 2 -

1  • The Court's May 3, 2007 Scheduling Order, as subsequently modified, shall
2     otherwise remain unchanged.

SO STIPULATED:

                              Respectfully submitted,

Dated: May 1, 2008                   KEKER & VAN NEST, LLP

                          By: */s/ Matthias A. Kamber*
                              MATTHIAS A. KAMBER
                              Attorneys for INTERNET SERVICES, LLC

                              Respectfully submitted,

Dated: May 1, 2008                   IRELL & MANELLA, LLP

                          By: */s/ Richard M. Birnholz*
                              RICHARD M. BIRNHOLZ
                              Attorneys for IMMERSION CORP.

PURSUANT TO STIPULATION, IT IS SO ORDERED.  **THE REPLY SHALL BE FILED BY NOON ON MONDAY.**

Dated: 5/2/08

                              The Hon. Claudia Wilken
                              United States District Judge