IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET SERVICES, LLC, a California Limited Liability Company,<br><br>           Plaintiff,<br><br>     v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>           Defendant.<br>_____/ | No. C 06-2009 CW<br><br>ORDER DENYING KEKER & VAN NEST LLP'S MOTION TO WITHDRAW AS COUNSEL FOR INTERNET SERVICES, LLC WITHOUT PREJUDICE TO RENEWAL |

Keker & Van Nest LLP (KVN) has filed a motion to withdraw as counsel to Plaintiff Internet Services, LLC (ISLLC). Plaintiff opposes the motion. Defendant opposes the motion only to the extent it will delay the proceedings in this case. The motion was heard on May 1, 2008.

As discussed at the hearing, the Court denies KVN's motion without prejudice to renewal after the May 15, 2008 hearing on Defendant's motion for summary judgment. If renewing the motion, counsel must submit the additional information in support of its motion to which it has alluded. As stated by the Court, counsel

1  may request that the unredacted version of such information be
2  submitted under seal to be reviewed in camera and destroyed after
3  the motion is decided.  However, to the extent possible, counsel
4  shall file a redacted version of the declaration, which shall also
5  be served on Defendant.  If necessary, Defendant may seek to have
6  the redacted version of the declaration filed under seal and must
7  then file a further redacted version of the declaration in the
8  public record.

9      To the extent counsel requires Plaintiff's permission to
10 divulge the information that supports the motion to withdraw,
11 counsel shall seek such permission.  If Plaintiff refuses to grant
12 such permission, counsel may advise the court of such refusal and
13 the Court will presume that the undisclosed information supports
14 counsel's motion.

15     IT IS SO ORDERED.

17 Dated: 5/2/08

    CLAUDIA WILKEN
    United States District Judge

2