| | |
|---|---|
| KEKER & VAN NEST, LLP<br>Daralyn J. Durie - #169825<br>Mark A. Lemley - #155830<br>Matthias A. Kamber - #232147<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>Attorneys for Plaintiff INTERNET SERVICES LLC | DILLON & GERARDI, APC<br>Timothy P. Dillon - #190839<br>4660 La Jolla Village Drive, Suite 775<br>San Diego, CA 92122<br>Telephone: (858) 587-1800<br>Facsimile: (858) 587-2587<br><br>Specially Appearing on Behalf of Plaintiff INTERNET SERVICES LLC |

IRELL & MANELLA LLP
Morgan Chu - #70446
Richard m. Birnholz - #151543
Alan J. Heinrich - #212782
Josh B. Gordon - #244818
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendant and Counterclaim-Plaintiff
IMMERSION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET SERVICES, LLC, a California Limited Liability Company,<br><br>            Plaintiff-Counterclaim Defendant,<br><br>  v.<br><br>IMMERSION CORPORATION, a Delaware corporation<br><br>            Defendant-Counterclaim Plaintiff. | Case No. 4:06-CV-02009-CW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE RE KEKER AND VAN NEST LLP'S RENEWED MOTION TO WITHDRAW AS COUNSEL FOR INTERNET SERVICES, LLC   AS MODIFIED**<br><br>Judge:      Hon. Claudia Wilken<br>Mag. Judge: Hon. Elizabeth D. Laporte |

1    Pursuant to Northern District Local Rules 6-2 and 7-12, Keker & Van Nest LLP
2    ("KVN"), Defendant/Counterclaim Plaintiff Immersion Corporation ("Immersion"), by and
3    through their counsel of record, and Plaintiff/Counterclaim Defendant Internet Services LLC
4    ("ISLLC"), by and through their special counsel, hereby respectfully submit this joint stipulation
5    requesting that the Court modify the schedule related to Keker & Van Nest LLP's Renewed
6    Motion to Withdraw as Counsel for Internet Services, LLC.

**REASONS FOR REQUESTED SCHEDULE MODIFICATION**

1.   KVN filed its initial withdrawal motion on March 24, 2008.  At the related May 1, 2008 hearing, the Court denied KVN's motion to withdraw without prejudice to KVN renewing its motion after the Court decided summary judgment.  The Court further instructed KVN to submit additional confidential materials for *in camera* review, or to inform the Court that ISLLC would not agree to KVN submitting such materials.

2.   The Court heard summary judgment on May 15, 2008, at which time it invited KVN to renew its motion to withdraw and to move for an expedited briefing schedule.

3.   KVN filed its renewed motion to withdraw as counsel for ISLLC on May 28, 2008. [Dkt No. 166.]  In conjunction with that motion, KVN moved to expedite the briefing schedule.  [Dkt No. 162.]

4.   It is in the interests of KVN, ISLLC, and Immersion to have the Court rule upon KVN's renewed withdrawal motion as soon as possible.  Given the August trial date and related pre-trial deadlines, it is important to resolve the withdrawal issue as soon as possible.

**PREVIOUS TIME MODIFICATIONS**

5.   Previous time modifications are set forth in Docket Nos. 65 and 138.

**EFFECT OF TIME MODIFICATION ON SCHEDULE**

6.   This stipulated extension would modify only the deadline for Immersion's Reply.  The extension of this one deadline would not affect other dates set forth in the Court's Scheduling Order, dated May 3, 2007, as subsequently modified.

1    THEREFORE, in light of the foregoing, the parties stipulate and agree that:

2    • ISLLC and Immersion shall have until June 13, 2008, to file an Opposition to KVN's
3    renewed withdrawal motion.

**at 12:00 p.m.**

4    • KVN shall have until June 17, 2008, to file its Reply brief in support of its renewed
5    withdrawal motion.

6    • The hearing on KVN's renewed withdrawal motion shall be set for June 19, 2008 at
7    2:00 p.m.

8    • KVN's motion to shorten time shall be deemed withdrawn.

9    • The Court's May 3, 2007 Scheduling Order, as subsequently modified, shall
10   otherwise remain unchanged.

Respectfully submitted,

KEKER & VAN NEST, LLP

Dated:  June 2, 2008          By: /s/ Matthias A. Kamber
                                  MATTHIAS A. KAMBER
                                  On behalf of KEKER & VAN NEST LLP

IRELL & MANELLA, LLP

Dated: June 2, 2008           By: /s/ Richard M. Birnholz
                                  RICHARD M. BIRNHOLZ
                                  On behalf of IMMERSION CORP.

DILLON & GERARDI, APC

Dated: June 2, 2008           By: /s/ Timohty P. Dillon
                                  TIMOTHY P. DILLON
                                  Specially Appearing on Behalf of
                                  INTERNET SERVICES, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED, **AS MODIFIED.**

Dated:  6/4/08

The Hon. Claudia Wilken
United States District Judge

418574.01

2
JOINT STIPULATION MODIFYING BRIEFING SCHEDULE
CASE NO. 4:06-CV-02009-CW (EDL)