IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET SERVICES, LLC, a California Limited Liability Company,<br><br>           Plaintiff,<br><br>     v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>           Defendant.<br>_____/ | No. C 06-2009 CW<br><br>ORDER OVERRULING DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE EXPERT REPORT |

   Defendant Immersion Corporation has filed an objection to Magistrate Judge Laporte's May 13, 2008 order granting Plaintiff Internet Services, LLC's motion to strike Defendant's expert reports.

   The Court may only reconsider this type of order where it has been shown that the order is clearly erroneous or contrary to law. 28 U.S.C. § 636(1)(b)(A); Fed. R. Civ. P. 72(a); Grimes v. City & County of San Francisco, 951 F.2d 236, 241 (9th Cir. 1991). Thus, this Court must affirm Judge Laporte unless "it is left with the definite and firm conviction that a mistake has been committed." Burdick v. Commissioner, 979 F.2d 1369, 1370 (9th Cir. 1992). The reviewing court may not simply substitute its judgment for that of

1  the deciding court.  <u>Grimes</u>, 951 F.2d at 241.

2  　　　Having considered Defendant's papers, the Court finds that
3  Judge Laporte's rulings were not clearly erroneous or contrary to
4  law.  Defendant's objection is therefore OVERRULED (Docket No.
5  174).

7  　　　IT IS SO ORDERED.



9  Dated:    6/9/18

10 　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　United States District Judge

2