SPILLANE SHAEFFER ARONOFF BANDLOW LLP
Jay M. Spillane (Bar No. 126364)
jspillane@ssablaw.com
Raphael Cung (Bar No. 201829)
rcung@ssablaw.com
1880 Century Park East, Suite 1004
Los Angeles, CA 90067-2627
Telephone: (310) 229-9300
Fax: (310) 229-9380

Attorneys for Plaintiff and Counterclaim
Defendant Internet Services, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET SERVICES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IMMERSION CORPORATION,<br><br>　　　　Defendants. | Case No. 4:06-CV-02009-CW (EDL)<br><br>**SUBSTITUTION OF COUNSEL**<br><br>Trial Date: August 25, 2008 |
| IMMERSION CORPORATION,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>INTERNET SERVICES, LLC,<br><br>　　　　Counterclaim Defendant. | |

SSAB LLP

1  Plaintiff and Counterclaim Defendant Internet Services, LLC hereby requests
2  that the Court approve the substitution of Spillane Shaeffer Aronoff Bandlow LLP as
3  attorneys of record for Internet Services, LLC, in place and stead of Internet Services,
4  LLC *pro se*.

6  DATED:  July 23, 2008          INTERNET SERVICES, LLC

8                                 By: _____
9                                    Its Manager

11  I am admitted to practice in this District and I consent to this substitution.

13  DATED:  July 23, 2008          SPILLANE SHAEFFER ARONOFF BANDLOW LLP

15                                 By: _____
16                                    Jay M. Spillane
                                      Attorneys for Plaintiff and Counterclaim
17                                    Defendant Internet Services, LLC

19  The proposed substitution is hereby approved.

21  DATED:  ___7/23/08___

                                   _____
24                                 Hon. Claudia Wilken

SSAB LLP

1