```
 1  IRELL & MANELLA LLP
    Morgan Chu (70446)
 2  Richard M. Birnholz (151543)
    Alan J. Heinrich (212782)
 3  Josh B. Gordon (244818)
    1800 Avenue of the Stars, Suite 900
 4  Los Angeles, California 90067-4276
    Telephone: (310) 277-1010
 5  Facsimile: (310) 203-7199

 6  ATTORNEYS FOR IMMERSION

 7  SPILLANE SHAEFFER
      ARONOFF BANDLOW LLP
 8  Jay M. Spillane (126364)
    Raphael Cung (201829)
 9  1880 Century Park East, Suite 1004
    Los Angeles, California 90067-2627
10  Telephone:    (310) 229-9300
    Facsimile:    (310) 229-9380
11
    ATTORNEYS FOR INTERNET SERVICES LLC
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTERNET SERVICES, LLC, a California Limited Liability Company, | Case No. 4:06-CV-02009-CW (EDL) |
| Plaintiff-Counterclaim Defendant, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | Ctrm: Hon. Claudia Wilken |
| IMMERSION CORPORATION, a Delaware corporation | |
| Defendant-Counterclaim Plaintiff. | |
| AND RELATED COUNTERCLAIMS | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the agreement of the parties, Immersion Corporation ("Immersion") and Internet Services LLC ("ISLLC"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On February 6, 2006, ISLLC filed this action in the Superior Court for the State of California asserting claims for Declaratory Relief, Breach of Contract, Promissory Fraud, and Constructive Trust. Immersion removed the action to the United States District Court for the Northern District of California, and on March 16, 2006 answered ISLLC's complaint by denying the material allegations and asserting counterclaims for Declaratory Relief, Breach of Contract, Breach of the Covenant of Good Faith and Fair Dealing, and Rescission.

2. On June 26, 2007, the Court denied ISLLC's motion to remand the case, and granted Immersion's cross-motion for judgment on the pleadings. (Docket No. 49.) On May 16, 2008, the Court granted Immersion's motion for summary judgment on all of ISLLC's remaining claims, as well as Immersion's First Counterclaim for Declaratory Relief. (Docket No. 161).

3. Immersion and ISLLC have now reached an agreement to settle their differences relating to this action.

4. ISLLC's Complaint in the above-captioned action, and all claims for relief set forth therein, which have been dismissed as set forth in the orders of the Court, are hereby dismissed with prejudice.

5. Immersion's Counterclaims against ISLLC in the above-captioned action, and all claims for relief set forth therein, are hereby dismissed with prejudice.

6. Immersion and ISLLC each shall bear their own costs and attorneys' fees in connection with the action.

1   7.   The Court shall reserve jurisdiction over this matter to oversee and enforce the
2   settlement agreement between Immersion and ISLLC.

5   Dated: August 22, 2008          By: _____
6                                       Richard Birnholz
                                        IRELL & MANELLA LLP

                                        Attorneys for Immersion Corporation

9   Dated: August 22, 2008          By: _____
10                                      SPILLANE SHAEFFER
                                        ARONOFF BANDLOW LLP
11                                      Jay M. Spillane (126364)
                                        Raphael Cung (201829)
12
                                        Attorneys for Internet Services LLC

                                    **ORDER**

15  IT IS SO ORDERED.

17  Dated: August 25, 2008          _____
                                    HON. CLAUDIA WILKEN
                                    UNITED STATES DISTRICT JUDGE